IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman, | No. CV-19-04748-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| HealthCompare Insurance Services Incorporated, | |
| Defendant. | |

The Court has reviewed the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 21.) For good cause shown,

**IT IS ORDERED** that Plaintiff is dismissing his claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). None of the rights of any putative class members, other than the Plaintiff, have been released or are otherwise affected by this dismissal.

Dated this 12th day of November, 2019.

Douglas L. Rayes
United States District Judge